UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | MISC. ACTION NO. 4:14MC19 |
| | § | |
| ROBERT REMSIK, | § | |
| | § | |
| Respondent. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 22, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Respondent be required to fully comply with the summons issued to him and appear at the offices of the Internal Revenue Service as directed.

There being no objections by Respondent, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

Respondent ROBERT REMSIK is ORDERED and DIRECTED to fully comply with the summons issued so that the IRS can conduct its investigation into his tax liability for calendar years 2010, 2011, and 2012. Respondent is further DIRECTED to appear on **Tuesday, November 25, 2014, at 10:00 a.m. at the offices of the Internal Revenue Service, 5650 Stratum Road, Suite 150, Fort Worth, Texas 76137**, to meet with IRS Revenue Officer Nedera Wright or her designated

1

agent, to comply with the summons, and to produce the records and testimony described in the summons.

In addition to service of this Order by the Clerk of Court, a copy of this Order may be personally served on Respondent by a representative of the Internal Revenue Service.

**IT IS SO ORDERED.**

**SIGNED this the 18th day of November, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE